```
UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 3:08cv1126(RNC) |
| JAMES T. FARRELL III and NANCY FARRELL, | : : : | |
| Defendants. | : | |

## SCHEDULING ORDER

The parties' joint proposed scheduling order (doc. #80) is granted. Any consent judgment shall be filed by August 1, 2011. If the case does not settle and a consent judgment is not filed, the parties shall exchange expert reports by August 3, 2011; depose the plaintiff's expert by August 12, 2011 and depose the defendants' expert(s) by August 19, 2011. A pre-hearing conference is scheduled for September 8, 2011 at 10:15 a.m. The hearing in damages is scheduled for September 15, 2011 at 10:00 a.m. The court will issue a separate order regarding pre-hearing submissions.

SO ORDERED at Hartford, Connecticut this 5th day of July, 2011.

                                                  _____/s/_____
                                                  Donna F. Martinez
                                                  United States Magistrate Judge